**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 20-23284-AJC |
| ROY CESAR TERAN, | Chapter 7 |
| Debtor. | |

**TRUSTEE'S MOTION TO DECLINE DISMISSAL OF CASE**
**BY CLERK'S OFFICE AND MOTION TO COMPEL THE DEBTOR**
**TO FILE SCHEDULES AND REQUIRED DOCUMENTS**

Ross R. Hartog, as Chapter 7 Trustee of the Bankruptcy Estate of Roy Cesar Teran (the "Trustee"), respectfully files this *Motion to Decline Dismissal of Case by Clerk's Office and Motion to Compel the Debtor to file Schedules and Required Documents* (the "Motion"), and in support thereof states as follows:

1. This case commenced with the filing of a voluntary Chapter 7 Petition by Roy Cesar Teran (the "Debtor") on December 4, 2020. Ross R. Hartog is the duly appointed the Chapter 7 Trustee.

2. The first meeting of creditors is set for January 5, 2021 at 11:30AM

3. To date, the Debtor has failed to file complete bankruptcy schedules in this case.

4. The clerk has filed a notice of this deficiency and the Debtor has still not complied.

5. It is the practice of the clerk's office to dismiss the case if the deficiencies are not cured by the Debtor.

6. The Trustee received notification from Wells Fargo Bank that there are significant funds which may be property of the bankruptcy estate.

7. The Trustee believes based on a review of the Wells Fargo documents that the case should be administered because of the prospect of assets that can be liquidated for the benefit of creditors.

8. Accordingly, the Trustee requests the entry of an Order to the Clerk of the Court to not dismiss this case and the direct the Debtor to file a complete schedule and all other required documents within five (5) days of entry of an Order.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order: (1) granting the Motion; (2) directing the Clerk of the Court to not dismiss the instant case; (3) directing the Debtor to file complete bankruptcy schedules and required documents within five (5) days of entry of the Order; and (4) granting such other and further relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 9, 2020, via (1) e-mail, through the Court's BNC; and (2) via U.S. Mail to: **Roy Cesar Teran**, 320 E 60 St, Hialeah, FL 33013.

**ROSS R. HARTOG, CHAPTER 7 TRUSTEE**
P.O. BOX 14306
Fort Lauderdale, FL 33302
Tel: (954) 767-0030 // Fax: (305) 670-5011
EM: trustee@mrthlaw.com

By: /s/ Ross R. Hartog