**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
ROY CESAR TERAN,                                              Case No: 20-23284 AJC
    Debtor.                                                        Ch 7
_____/

**DEBTOR'S EMERGENCY MOTION FOR CONVERSION FROM**
**CHAPTER 7 CASE TO CHAPTER 13**

*(Hearing requested prior to December 24, 2020)*

Debtor, ROY CESAR TERAN, by and through undersigned counsel hereby files this his Motion For Conversion from Case under Chapter 7 to Case under Chapter 13 pursuant to 11 U.S.C. 706 (a) and Local Rule 1017-1 and states as follows:

1. This case was filed Pro Se on Friday, December 4, 2020 as a voluntary Chapter 7 case.

2. Pro Se Debtor erroneously filed a Chapter 7 case instead of a reorganization plan under a Chapter 13 case.

3. Debtor seeks to convert this case and attempt to save his homestead property through the MMM program in a Chapter 13 case and will begin to provide adequate protection payments through the plan upon conversion of this case.

4. This case was filed less than three (3) business days ago.

5. There will be no prejudice to the unsecured creditors in converting this case to a Chapter 13 case as the Debtor will repay the liquidation test in a Chapter 13 plan.

6. The 341 Meeting of Creditors is scheduled for January 5. 2021.

7. This case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

8. Undersigned will be out of the office and unavailable from December 25, 2020 through January 5, 2021.

9. Undersigned respectfully requests that this Motion be set prior to December 24, 2020.

**WHEREFORE**, Debtor, ROY CESAR TERAN, respectfully requests that this Court enter an Order converting this Case from Chapter 7 to Chapter 13 and any other relief deemed just and reasonable.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

> Law Offices of Samir Masri
> 901 Ponce de Leon Blvd., Suite 101
> Coral Gables, FL 33134
> Tel (305) 445-3422
>
> By: *s/ Samir Masri*
> Samir Masri, Esquire
> FBN: 145513