**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:
ROY CESAR TERAN,                                            Case No.: 20-23284 AJC
    Debtor                                                          Chapter 7
_____/

### NOTICE OF UNAVAILABILITY

**COMES NOW,** the undersigned attorney, on behalf of Debtor, ROY CESAR TERAN, and hereby gives notice to the Court and all counsel of record of his unavailability for the following period:

**December 24, 2020 through January 5, 2021**

The undersigned respectfully requests that no hearings, trials, conferences, or other court appearances be scheduled, that no pleadings be filed that require a timely response during this time period. The filing and service of this Notice shall serve as a request for continuance, extension of time and/or motion for protective order as appropriately required for the reasons stated herein.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY, that on this __10th__ day of December 2020 a true and correct copy of the foregoing has been sent via ECF to Nancy Neidich, Trustee and to all parties on the service list.

    Law Offices of Samir Masri
    901 Ponce De Leon Blvd.
    Suite 101
    Coral Gables, FL 33134
    Tel.: (305) 445-3422

    By: _s/ *Samir Masri*_____
        Samir Masri, Esquire
        FBN: 145513