

ORDERED in the Southern District of Florida on December 11, 2020.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:
ROY CESAR TERAN,

    Debtor.
_____/

Case No: 20-23284 AJC
Chapter 7

### ORDER GRANTING DEBTOR'S EX PARTE MOTION TO SHORTEN TIME FOR NOTICE OF DEBTOR'S EMERGENCY MOTION FOR CONVERSION FROM <u>CASE UNDER CHAPTER 7 TO CASH UNDER CHAPTER 13</u>

**THIS MATTER** came before this Court upon Debtor's Ex-Parte Motion to Shorten Time for Notice of Debtor's Emergency Motion for Conversion from Case under Chapter 7 to Case under Chapter 13 [ECF 18]. The Court being duly advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. The Motion to Shorten Notice Period is **GRANTED.**

2. The notice period is reduced so that the hearing may be set on the Emergency Motion for Conversion from Case under Chapter 7 to Case under Chapter 13 on a shortened notice.

3. Debtor's Emergency Motion for Conversion from Case under Chapter 7 to Case under Chapter 13 will be heard on **December 23, 2020 at 2:00 PM** <u>by TELEPHONE via Court Solutions LLC.</u>

**To participate through CourtSolutions, all parties must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at** https://www.court−solutions.com. **If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476.**

# # #

**Submitted by:**
Samir Masri, Esquire, 901 Ponce de Leon Blvd., Suite 101, Coral Gables, FL 33134
*\* Samir Masri, Esquire, is hereby directed to mail a conformed copy of this order to all affected parties.*