UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
ROY CESAR TERAN,                                          Case No: 20-23284 AJC
    Debtor.                                                        Ch 7
_____/

## EX PARTE MOTION FOR EXTENSION OF TIME TO CORRECT FILING DEFICIENCIES

**COMES NOW** the Debtor, ROY CESAR TERAN, by and through undersigned counsel and files this Motion for Extension of Time to Correct Filing Deficiencies and as grounds therefore states as follows:

1. The instant case was filed Pro Se on December 4, 2020.

2. Debtor retained undersigned on December 10, 2020.

3. The Clerk of Court filed a Notice to Debtor of Deadline to Correct Filing Deficiencies and gave the Debtor until December 18, 2020 to correct the deficiencies [DE 11].

4. Undersigned will be unavailable December 24, 2020 through January 5, 2020 [DE 17].

5. There is a hearing on Debtor's Emergency Motion for Conversion from Case Under 7 to Case Under Chapter 13 on December 23, 2020.

6. Debtor requests a twenty (20) day extension of time through January 7, 2021 in order to complete the schedules and required information.

**WHEREFORE**, undersigned counsel respectfully requests that this Court enter an Order Extending the Deadline to correct the filing deficiencies for twenty (20) days and grant any other relief it deems just and proper.

I HEREBY CERTIFY, that on this 14th day of December 2020 a true and correct copy of the foregoing has been sent via ECF to Ross R. Hartog, Trustee and to all parties on the service list.

        Law Offices of Samir Masri
        901 Ponce De Leon Blvd, Suite 101
        Coral Gables, FL 33134
        Tel. (305) 445-3422

        By: _*s/ Samir Masri*_
            Samir Masri, Esquire
            FBN #145513