

ORDERED in the Southern District of Florida on December 14, 2020.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                          CASE NO. 20-23284 AJC

ROY CESAR TERAN,                                     Chapter 7

    Debtor.
_____/

### ORDER GRANTING EX-PARTE MOTION FOR EXTENSION OF TIME
### TO CORRECT FILING DEFICIENCIES

**THIS CAUSE** came before the Court upon Debtor's *Ex Parte Motion for Extension of Time to Correct Filing Deficiencies* [ECF 21] (the "Motion"). The Court being duly advised in the premises, it is

**ORDERED and ADJUDGED** that the Motion is **GRANTED**, in part. The deadline by which the Debtor must correct all filing deficiencies is extended to December 29, 2020.

# # #

Submitted by:
Law Offices of Samir Masri
901 Ponce de Leon Blvd.
Suite 101
Coral Gables, FL 33134