UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                           Case No. 20-23284-AJC

ROY CESAR TERAN                                                   Chapter 7

        Debtor.
_____/

**NOTICE OF WITHDRAWAL OF PLEADING AND CANCELLATION OF HEARING**

**PLEASE TAKE NOTICE** that Ross R. Hartog, the Chapter 7 Trustee, withdraws the *Trustee's Motion to Decline Dismissal of Case by Clerk's Office and Motion to Compel the Debtor to File Schedules and Required Documents* (the "Motion") [ECF 12]. The hearing on the Motions, presently scheduled for January 5, 2021 at 10:30 a.m., is **CANCELLED**.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via e-mail, through the Court's BNC, upon Debtor's counsel on December 23, 2020.

Dated: December 23, 2020

                                       Ross R. Hartog, Trustee
                                       P.O. BOX 14306
                                       Fort Lauderdale, FL 33302
                                       Telephone: (954) 767-0030
                                       Facsimile: (305) 670-5011

                                       By: /s/ Ross R. Hartog
                                       ROSS R. HARTOG
                                       Email: trustee@mrthlaw.com