UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  Case No.: 20-23284-AJC

Roy Cesar Teran  Chapter 13

*aka* NTera Investments  Judge: A. Jay Cristol

_____Debtor_____/

**OBJECTION BY CREDITOR TO CONFIRMATION OF PLAN**

COMES NOW Secured Creditor, Bank of America, N.A., by and through its undersigned counsel, and files this written objection to confirmation of Debtor(s)'s Proposed Chapter 13 Plan, pursuant to Bankruptcy Rules §3015(f), §9014 and all other applicable provisions of the Bankruptcy Code and as grounds therefor states:

1. On March 16, 2007, Debtor, Roy C Teran, executed and delivered a Note ("Note") and a Mortgage ("Mortgage") securing payment of the Note in the amount of $262,230.00 to Bank of America, N.A. The Mortgage was recorded on June 11, 2007 in Book 25693 Page 1221 of the Public Records of Miami-Dade County, Florida. The loan was transferred to Secured Creditor which granted Secured Creditor a first lien on the real property located at 320 East 60th Street Hialeah, Florida 33013 the ("Subject Property") legally described as:

   LOT 8, BLOCK 4, 4TH AVENUE EXTENSION TO HIALEAH, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 85, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

2. The Debtor(s) has failed to file a Motion for Referral to Mortgage Modification, however he has provided for mortgage mediation in the Plan. Secured Creditor requests that the Debtor(s) file his Motion for Referral to Mortgage Modification Mediation or amend the Plan to change Secured Creditor's treatment.

3.      Secured Creditor has not consented Mortgage Modification Mediation or approved a loan modification at this time.

WHEREFORE, Secured Creditor respectfully requests that this Court sustain the objections stated herein and deny confirmation of the Debtor(s)'s Plan, and for such other and further relief as this Court deems just and proper.

DATED this 26th day of January 2021.

Respectfully submitted,

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 26th day of January 2021:

/S/ Seth Greenhill

SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

**SERVICE LIST (CASE NO. 20-23284-AJC)**

*Debtor*
Roy Cesar Teran
320 E 60 St
Hialeah, FL 33013
*aka* NTera Investments

*Attorney for Debtor*
Samir Masri
901 Ponce de Leon Blvd #101
Coral Gables, FL 33134

*Trustee*
Nancy K. Neidich
POB 279806
Miramar, FL 33027

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130