RE: Roy C. Teran                                                                                       Case # 20-23284  AJC

**<u>TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)</u>**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 2/23/21

    Tax returns:      ✔ Corporate Tax Returns: 2018-2019

    Photo ID/SS card - Legible/Unredacted  ✔ LF 90     LF 67     LF 10

    Plan does not fund properly

    Calculation errors    Missing months/amounts    Inconsistent terms    Plan form completed incorrectly

    Attorney fee itemization or Fee Application needed (see court guideline 6)

    Missing 2016(B)                Missing signed copy of the Attorney's Declaration

✔ Other provisions: ✔ IVL     100%    Lawsuit    Gambling    MMM

    Reaffirm, redeem or surrender Sch D or G creditor:

✔ MMM Motion not filed    Valuation motion not filed    Lien Avoidance motion not filed

    Priority debt on Schedule E not in plan:

    Creditor in Plan is not listed in Schedules or has not filed a POC:

✔ Creditor paid through the Plan has not filed a POC: BOA.

    Object or Conform to Proof of Claim:    Miami-Dade County    Tax Certificate (DE# )    Dept of Revenue

    IRS

    OTHER PLAN ISSUES:

✔ Real Estate FMV and Payoff:

✔ Non-Homestead Information Sheet:

✔ Vehicles FMV (NADA/Carmax), Reg and Payoff:

    Other:

✔ Bank Account Statements ✔ 3 months pre-petition

    Copy of check(s) and/or explanation:

    Explanation of withdrawal(s):

    401K/Retirement/Pension        Annuity        Life Insurance Policy

    Domestic Support Obligation form complete with info: name, address and phone

✔ Wage deduction order or Motion to waive

✔ BDQ & attachments        ✔ Profit/loss ✔ Balance Sheet

✔ Business Bank statements and checks ✔ 3 months pre-petition

✔ Affidavit of rent/lease

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*